**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF JULY 1, 2014**
**WESTERN DISTRICT**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------

WD76289   Shy Bland vs. State of Missouri
WD76653   George Al. McKinley vs. Clay County Sanitary & Ditching Service, Inc.

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------

None